1  **HANNI M. FAKHOURY**
   California Bar No. 252629
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Hanni_Fakhoury@fd.org
5

6  Attorneys for Defendant

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE WILLIAM MCCURINE, JR.)**

11 | UNITED STATES OF AMERICA,              ) Case No.  08MJ0502
                                            )
12 |        Plaintiff,                      )
                                            )
13 | v.                                     ) **NOTICE OF ATTORNEY APPEARANCE**
                                            )
14 | RAUL TENORIO-NABOR,                    )
                                            )
15 |        Defendant.                      )
                                            )
16 | _____ )

17         Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni

18 M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19 the above-captioned case.

20                                          Respectfully submitted,

21

22 Dated: February 26, 2008                 /s/ Hanni M. Fakhoury
                                            HANNI M. FAKHOURY
23                                          Federal Defenders of San Diego, Inc.
                                            e-mail: Hanni_Fakhoury@fd.org
24                                          Attorneys for Defendant

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED:  February 26, 2008            /s/ Hanni M. Fakhoury
                                     HANNI M. FAKHOURY
                                     e-mail: Hanni_Fakhoury@fd.org