UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08CR0630-WQH |
| | ) | 08MJ0502 |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Raul Tenorio-Nabor | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**)

Mat. Wit: Lidia Vargas-Ortega

DATED: 03/06/08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _Andrew Rempel_
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _[signature]_
Deputy Clerk